UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
TARIQ GIBSON,                                                                              Docket No.: 17-CV-9100

                Plaintiff,

                                                                          **Certificate of Service**

    -against-

THE CITY OF NEW YORK, et al.

               Defendants.
-------------------------------------------------------------------------X

      I, Alexis Lopez, under 28 U.S.C. Sec.1746, do hereby swear that the following is true and accurate:

1.     I am over eighteen (18) years old and not a party to this action.

2.     On May 21, 2018 I served upon Defendants Eric Bolger, Josue Marcelin, Francisco Perez, Michael Garcia, Joseph Ruggieri, Henry Adames, Robert Jaquez, Jason Vasquez, and U.C. CO 244, a Summons and First Amended Complaint in the above captioned matter.

3.     Service was effectuated at One Police Plaza, Room 1200, New York, NY 10007.

Dated: New York, New York
         May 21, 2018

                                                                               _____
                                                                                 Alexis Lopez