# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1210
NEW YORK NEW YORK 10007

ROBERT BLOSSNER
VIK PAWAR

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.nyc

NEW JERSEY OFFICE:

6 SOUTH STREET, SUITE 201
MORRISTOWN, NEW JERSEY

May 30, 2018

**BY ECF**
The Honorable Lorna G. Schofield
Southern District of New York

Re:        *Tyreeq Gibbons  v. The City of New York, et al.,* 17 CV 9100 (LGS)

Dear Judge Schofield:

I represent the plaintiff in this action.  If Your Honor would permit a reply to defendants' "response" to plaintiff's motion to compel discovery, I could file one by tomorrow and articulate plaintiff's position or I could simply wait for the telephone conference next week.

Thank you.

Respectfully,

Vik Pawar (VP9101)

Cc:    Ms. Bridgette Nunez, Esq.  (by ECF)

1