```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2018
```

# PAWAR LAW GROUP P.C.

ATTORNEYS AT LAW

20 VESEY STREET SUITE 1210
NEW YORK NEW YORK 10007

ROBERT BLOSSNER
VIK PAWAR

TEL (212) 571 0805
FAX (212) 571 0938

www.pawarlaw.nyc

June 12, 2018

**BY ECF**
The Honorable Lorna G. Schofield
Southern District of New York

Re:    *Tyreeq Gibbons v. The City of New York, et al.*, 17 CV 9100 (LGS)

Dear Judge Schofield:

I represent the plaintiff in this action. For the sake of judicial economy and after careful consideration, plaintiff is withdrawing the Second Cause of Action in the First Amended Complaint. As such, there is no need for the parties to engage in motion practice over the *Monell* claim against defendant City.

Thank you.

Respectfully,

Vik Pawar (VP9101)

Cc:    Ms. Bridgette Nunez, Esq.  (by ECF)

APPLICATION GRANTED. Plaintiff's letter is construed as an application to dismiss voluntarily the Second Cause of Action (the Monell claim). The Second Cause of Action is hereby dismissed.

Dated: June 12, 2018
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE