

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**BRIDGETTE NUNEZ**
*Assistant Corporation Counsel*
bnunez@law.nyc.gov
Phone: (212) 356-1643
Fax: (212) 356-3509

June 21, 2018

**By ECF**
Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Tariq Gibson v. City of New York, et al.</u>
             17 Civ. 9100 (LGS)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the above-referenced matter on behalf of defendant City of New York (the "City"). Pursuant to the Court's June 19, 2018 Order, defendant City writes to inform the Court of the status of this litigation by way of a joint status letter by the parties.

      By way of background, since appearing before Your Honor at the April 17, 2018 Initial Pretrial Conference—with the exception of a brief dispute over producing <u>Monell</u>-related discovery—both sides have served and responded to their respective interrogatories and document requests, and defendant City has produced a substantial amount of documents to plaintiff's counsel.[1] Plaintiff has also since filed an Amended Complaint on May 14, 2018 naming Eric Bolger, Josue Marcelin, Francisco Perez, Michael Garcia, C0244, Joseph Ruggieri, Henry Adames, Robert Jaquez, and Jason Vaquez. The individually named defendants were served on May 21, 2018, and, pursuant to the Court's June 7, 2018 Order, their time to answer or otherwise respond to the Amended Complaint is set at July 2, 2018. (ECF No. 30). Lastly, on June 12, 2018, following plaintiff's letter motion seeking to withdraw the Second Cause of Action, the Court dismissed the <u>Monell</u> claim. (ECF No. 31; ECF No. 32).

---

[1] Pursuant to Your Honor's Individual Rules III.C.3, the parties are attempting to resolve any dispute with regards to plaintiff's purported deficient responses to defendant City's Interrogatories and Document Requests.

Thank you for your consideration herein.

                Respectfully submitted,

                _____/s/_____
                Bridgette Nunez
                *Assistant Corporation Counsel*
                Special Federal Litigation Division

cc:    Vik Pawar, Esq. (By ECF)