UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TARIQ GIBSON,

                                  Plaintiff,        **NOTICE OF APPEARANCE**

        -against-                               17 Civ. 9100 (LGS)

THE CITY OF NEW YORK, ERIC BOLGER, JOSUE
MARCELIN, FRANCISCO PEREZ, MICHAEL GARCIA,
JOSEPH RUGGIERI, HENRY ADAMES, ROBERT
JAQUEZ, JASON VASQUEZ, UC C0244,

                                Defendants.

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that **Bridgette Nunez** should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendants Detective Eric Bolger, Detective Josue Marcelin, Sergeant Francisco Perez, Sergeant Michael Garcia, Detective Joseph Ruggieri, Detective Henry Adames, Detective Robert Jaquez, Detective Jason Vasquez, and Undercover C0244.  All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:  New York, New York
          July 2, 2018

                                              ZACHARY W. CARTER
                                              Corporation Counsel of the
                                                City of New York
                                              *Attorney for Defendants*
                                              100 Church Street | Room 3-154
                                              Tel: (212) 356-1643
                                              bnunez@law.nyc.gov

                                              By:    _____/**s**/_____
                                                      Bridgette Nunez
                                                      *Assistant Corporation Counsel*
                                                      Special Federal Litigation Division

cc: Vikrant Pawar (By ECF)
Vik Pawar, Attorney at Law
20 Vesey Street, Suite 1210
New York, NY 10007
vikrantpawaresq@gmail.com